# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lavern Charles Fast Horse, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dakota Access Pipeline, et. al., | ) | Case No. 1:16-cv-392 |
| | ) | |
| Defendants. | ) | |

Plaintiff is presently incarcerated in the Clark County Detention Center in Las Vegas, Nevada. He initiated the above-entitled action *pro se* in November 2016 with the submission of a complaint along with an application to proceed *in forma pauperis*, which the undersigned granted. On December 19, 2016, he filed notice of his consent to the undersigned's exercise of jurisdiction in this matter. He also filed what the undersigned construes as a motion to dismiss.

Plaintiff's motion (Docket No. 10) is **GRANTED** and the above-entitled action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court