# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lavern Charles Fast Horse, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dakota Access Pipeline, et. al., | ) | Case No. 1:16-cv-392 |
| | ) | |
| Defendants. | ) | |

Plaintiff is presently incarcerated in the Clark County Detention Center in Las Vegas, Nevada. He initiated the above-entitled action *pro se* in November 2016 with the submission of a complaint along with an application to proceed *in forma pauperis*, which the undersigned granted. On December 19, 2016, he filed notice of his consent to the undersigned's exercise of jurisdiction in this matter. He also filed what the undersigned construed as a motion to dismiss. On December 29, 2016, the court granted his motion and dismissed the above-entitled action without prejudice.

On January 23, 2017, plaintiff submitted another motion to dismiss. As the court granted plaintiff's earlier motion to dismiss, the instant motion (Docket No. 13) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2017

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court